# United States Court of Appeals
## For the First Circuit

Nos. 19-1605, 19-1632

UNITED STATES OF AMERICA,

Appellee,

v.

MALCOLM A. FRENCH and RODNEY RUSSELL,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on October 7, 2020, is amended as follows:

On page 2, line 23, "80,0000" is replaced with "80,000."